### 57586. ATLANTA IBM EMPLOYEES FEDERAL CREDIT UNION v. TRUST COMPANY BANK et al.

DEEN, Chief Judge.

The opinion of this court in *Atlanta IBM &c. Union v. Trust Co. Bank,* 150 Ga. App. 253 (257 SE2d 346) (1979), having been reversed by the Supreme Court on certiorari (245 Ga 262 (264 SE2d 202) (1980)), the judgment of this court is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. McMurray, P. J., and Birdsong, J., concur.*

ARGUED APRIL 3, 1979 — DECIDED APRIL 24, 1980.

*Muriel A. Masarek,* for appellant.
*Michael N. Mantegna,* for appellees.